WILLIAM M. LANNING, PLAINTIFF IN ERROR, v. CHARLES H. BAKER, RECEIVER OF TAXES, ET AL., DEFENDANTS IN ERROR.

Submitted December 11, 1900—Decided March 4; 1901.

On error to the Supreme Court. For opinion of the Supreme Court, see *ante p.* 122.

*William M. Lanning, pro se.*

For the defendant in error, *John Rellstab.*

PER CURIAM.

The judgment of the court below in this case is affirmed, upon the grounds stated in the memorandum filed in that court, and the opinion of Chancellor Magie, filed at this term in *Mechanics National Bank of Trenton* v. *Charles H. Baker, Receiver, ante* p. 549.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, FORT, GARRETSON, BOGERT, KRUEGER, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES. 11.

*For reversal*—None.